**DOROTHY A BARTHOLOMEW**
5310 12th Street East, Suite C
Fife, Washington 98424
(253) 922-2016
FAX: (253) 922-2053

THE HONORABLE PAUL B. SNYDER
CHAPTER 7

FILED
LODGED
RECEIVED

JUN 2 6 2008

CLERK MARK L. HATCHER
WESTERN U.S. BANKRUPTCY COURT
DISTRICT OF WASHINGTON
AT TACOMA

DEPUTY

## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON

1
2
3
4    In re:
5    GAYLE CHRISTINE MACARTHUR,
6              Debtor.
7
8    GAYLE CHRISTINE MACARTHUR,
9              Plaintiff,
10
11   V.
12   PROSPER MARKETPLACE, dba
     PROSPER.COM,
13             Defendant.
14

CHAPTER 7

BANKRUPTCY NO. 07-44105

ADV. NO. 08-04058

ORDER DISMISSING COMPLAINT FOR
DAMAGES FOR WILLFUL AND
MALICIOUS VIOLATION OF
AUTOMATIC STAY AND DISCHARGE
INJUNCTION

15       This matter having come on regularly before the undersigned on the

16   Debtor's/Plaintiff's Motion for Dismissal of the Complaint herein; and the Court, having

17   reviewed the file and considering itself fully advised of the premises, it is now hereby

18       ORDERED that Complaint seeking damages from Prosper Marketplace dba

19   Prosper.com is hereby dismissed.

20

21   DATED:    **JUN 2 6 2008**

22                              The Honorable Paul B. Snyder
                                United States Bankruptcy Judge
23

24

25   /s/ Dorothy A. Bartholomew
     Dorothy A. Bartholomew, WSBA #20887
26   Attorney for the Debtor/Plaintiff

27

28