DOROTHY A BARTHOLOMEW  
5310 12th Street East, Suite C  
Fife, Washington 98424  
(253) 922-2016  
FAX: (253) 922-2053  

THE HONORABLE PAUL B. SNYDER  
CHAPTER 7  

FILED  
LODGED  
RECEIVED  
JUN 26 2008  
CLERK MARK L. HATCHER  
WESTERN U.S. BANKRUPTCY COURT  
WESTERN DISTRICT OF WASHINGTON  
AT TACOMA  
DEPTY  

# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| In re: | |
|---|---|
| GAYLE CHRISTINE MACARTHUR, | CHAPTER 7 |
| Debtor. | BANKRUPTCY NO. 07-44105 |
| GAYLE CHRISTINE MACARTHUR, | ADV. NO. 08-04058 |
| Plaintiff, | |
| V. | |
| PROSPER MARKETPLACE, dba PROSPER.COM, | ORDER DISMISSING COMPLAINT FOR DAMAGES FOR WILLFUL AND MALICIOUS VIOLATION OF AUTOMATIC STAY AND DISCHARGE INJUNCTION |
| Defendant. | |

This matter having come on regularly before the undersigned on the Debtor's/Plaintiff's Motion for Dismissal of the Complaint herein; and the Court, having reviewed the file and considering itself fully advised of the premises, it is now hereby

ORDERED that Complaint seeking damages from Prosper Marketplace dba Prosper.com is hereby dismissed.

DATED: JUN 2 6 2008

_____  
The Honorable Paul B. Snyder  
United States Bankruptcy Judge

/s/ Dorothy A. Bartholomew  
Dorothy A. Bartholomew, WSBA #20887  
Attorney for the Debtor/Plaintiff